UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOVANTE L. GUY, *by and through Guardian Ad Litem for Deovante Guy*, *Quintasia Walker*,<br><br>                                    Plaintiff,<br><br>    v.<br><br>MATTHEW LORENZEN, et al.,<br><br>                                    Defendant. | Case No. 20-cv-2027-BAS-BLM<br><br>**ORDER:**<br>  **(1) DIRECTING COMPLIANCE WITH CIV. L.R. 17.1; AND**<br>  **(2) TAKING UNDER ADVISEMENT MOTION FOR GOOD FAITH SETTLEMENT (ECF No. 7)** |

Pending before the Court is the parties' Joint Motion for a Determination of Good Faith Settlement Between Plaintiff Deovante L. Guy by and through Guardian Ad Litem (GAL) Quintasia Walker and Defendant Annie Brady. (Joint Mot., ECF No. 7.) The parties represent that Plaintiff and Defendant Annie Brady have agreed to settle the action, with Plaintiff agreeing to dismiss all claims against Brady, and Brady agreeing to pay Plaintiff the policy limits of $100,000.00. (*Id.* ¶ 2.)

Because this action is brought on behalf of an incompetent party, the settlement must be reviewed by a United States Magistrate Judge before any order of approval may issue.

1 Civ. L.R. 17.1.a.[1]  The Court thus **ORDERS** Plaintiff and Defendant Annie Brady to
2 submit their settlement for approval by United States Magistrate Judge Barbara Lynn
3 Major pursuant to Local Civil Rule 17.1.  The Court **TAKES UNDER ADVISEMENT**
4 the present motion (ECF No. 7) filed under Cal. Civ. Proc. Code § 877.6.

6     **IT IS SO ORDERED.**

8 **DATED: December 3, 2020**

Hon. Cynthia Bashant
United States District Judge

---

[1] That rule states in full:

> **Order of Judgment Required**.  No action by or on behalf of a minor or incompetent, or in which a minor or incompetent has an interest, will be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment.  All settlements and compromises must be reviewed by a magistrate judge before any order of approval will issue.  The parties may, with district judge approval consent to magistrate judge jurisdiction under 28 U.S.C. § 636(c) for entry of an order approving the entire settlement or compromise.

Civ. L.R. 17.1.a.