1  Alvin L. Pittman, SBN 127009
   LAW OFFICES OF ALVIN L. PITTMAN
2  5777 W. Century Blvd., Suite 1685
   Los Angeles, CA  90045
3  T. (310) 337-3077
   F. (310)-337-3080
4  office@apittman-law.com

5
   Tanisha Bostick, SBN 312346
6  BOSTICK LEGAL, APC
   401 West A Street, Suite 1820
7  San Diego, California 92101
   T. (619) 255-7444
8  tanisha@bosticklegal.com

9
   Douglas A. Oden, SBN 80482
10 ODEN & GREENE
   701 B Street, Suite 540
11 San Diego, CA  92101
   (619) 702-0800 F. (619) 702-0809
12 dodenesq@ogtlaw.com

13 Attorneys for Plaintiff Deovante Guy
   by and through GAL, Quintasia Walker
14

15              **UNITED STATES DISTRICT COURT**

16              **SOUTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| DEOVANTE L. GUY, BY AND THROUGH GUARDIAN AD LITEM FOR DEOVANTE GUY, QUINTASIA WALKER | Case No.:  3:20-CV-02027-BAS-BLM |
| Plaintiff, | CERTIFICATE OF ELECTRONIC SERVICE |
| v. | |
| MATTHEW LORENZEN, An Individual; ANNIE BRADY, An Individual; THE CITY OF SAN DIEGO, A governmental entity; PAUL MACINTYRE, An Individual; CHRISTOPHER SENIOR, An Individual; CORY SIMS, an Individual, and DOES 1-50, | |
| Defendants. | |

1 | Deovante L. Guy, by and through Guardian Ad Litem for Deovante Guy,
2 | Quintasia Walker (hereinafter "Plaintiff"), hereby files the attached Certificate
3 | of Electronic Service.

5 | Dated:       January 31, 2022

7 |                         LAW OFFICES OF ALVIN L. PITTMAN

9 |                         By: /s/ Alvin L. Pittman
10 |                              ALVIN L. PITTMAN, Esq.
    |                              Attorneys for Plaintiff,
11 |                              Quintasia Walker
    |                              As Guardian Ad Litem for
12 |                              Deovante L. Guy

Certificate of Electronic Service

I hereby certify that on this 31st day of January 2022, I electronically filed a true and correct copy of the THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of electronic filing to the attorneys for all parties who are registered with the Court.

/s/ Alvin L. Pittman
By: Alvin L. Pittman
Attorney for Plaintiff
E-mail: office@apittman-law.com