UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOVANTE L. GUY, by and through Guardian Ad Litem for Deovante Guy, Quintasia Walker,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW LORENZEN; CITY OF SAN DIEGO; PAUL MACINTYRE; CHRISTOPHER SENIOR; CORY SIMS; and DOES 4-50,<br><br>Defendants. | Case No.: 20CV2027-BAS(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR RULE 35 EXAMINATION**<br><br>**[ECF No. 65]** |

On November 30, 2022, the parties filed a Joint Motion for Rule 35 Examination of Plaintiff. ECF No. 65. The parties seek an order requiring Plaintiff to undergo a physical examination pursuant to Federal Rule of Civil Procedure 35. Id. at 1-2. The parties agree that the examination will be conducted by Brian Belnap, D.O. on December 7, 2022, at 3:30 p.m. Id. at 2. The parties further agree that the physical examination will take place at Dr. Belnap's offices located at 4405 Manchester Avenue, Suite 101, Encinitas, California 92024. Id. The parties also indicate that the purpose of the examination is to "determine[e] the nature and extent of Plaintiff's physical injuries, the relationship thereof to the subject incident and Plaintiff's need for future treatment and care." Id. Further, the parties state that "[t]he examination will consist of a non-invasive physical exam and necessary diagnostic tests that are not painful, protracted, or intrusive." Id.

1    Good cause appearing, the parties' motion is **GRANTED**.  Plaintiff shall submit to 4405
2  Manchester Avenue, Suite 101, Encinitas, California 92024 for a physical examination on
3  **December 7, 2022**.  Dr. Belnap will conduct the physical examination pursuant to the terms
4  agreed upon in the parties' motion.  See ECF No. 65 at 2-3.

**IT IS SO ORDERED**.

Dated:  12/1/2022

Hon. Barbara L. Major
United States Magistrate Judge