Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Lisa Y. An, State Bar No. 242918
E-Mail: lan@hurrellcantrall.com
Joseph K. Miller, State Bar No. 245685
E-Mail: jmiller@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants MATTHEW LORENZEN, and CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOVANTE L. GUY, BY AND THROUGH GUARDIAN AD LITEM FOR DEOVANTE GUY, QUINTASIA WALKER, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW LORENZEN, an Individual; THE CITY OF SAN DIEGO, A governmental entity; PAUL MACINTYRE, An Individual; CHRISTOPHER SENIOR, An Individual; CORY SIMS, An Individual, and DOES 4-50, <br><br> Defendants. | CASE NO. 3:20-CV-02027-BAS-BLM <br><br> **DEFENDANTS' RULE 26(a)(3) PRETRIAL DISCLOSURES** <br><br> [Assigned to Judge Cynthia Bashant, Courtroom "4B"] <br><br> Action Filed: 10/15/20 <br> Trial Date: 09/26/23 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF SAN DIEGO and MATTHEW LORENZEN ("Defendants") hereby provide their Rule 26(a)(3) Pretrial Disclosures as follows:

/ / /

/ / /

(i) Except for witnesses and evidence that may be presented for impeachment, all witnesses disclosed herein have been previously disclosed and produced in discovery and/or as part of Defendants required disclosures under Rule 26(a)(1) and (2).

| Name | Address | |
|---|---|---|
| | | |
| Defendant, SDPD Officer Matthew Lorenzen | May be contacted through defense counsel | Defendants intend to call |
| Ralph Guest | 864 Grand Avenue, Apt. #332 San Diego, CA 92109; (619) 962-9087 | Defendants intend to call |
| Paul Lough | 1286 University Avenue San Diego, CA 92103; (619) 994-3202 | Defendants intend to call |
| John Adam | 1965 Oliver Avenue San Diego, CA 92109; (858) 336-1033 | Defendants intend to call |
| Officer Paul MacIntyre | May be contacted through defense counsel | Defendants intend to call |
| Officer Christopher Senior | May be contacted through defense counsel | Defendants intend to call |
| Officer Cory Sims | May be contacted through defense counsel | Defendants intend to call |
| Nicholas Heim | 8935 Granby USN/E-5 Norfolk, VA 23503; (620)474-4442 | Defendants intend to call |
| John Antonio | Naval Base Point Loma; (619) 254-8102 | Defendants intend to call if needed |
| Carol Maniglia | 25950 Beth Drive Menifee, CA 92584; | Defendants intend to call |

| Name | Address | |
|---|---|---|
| | (619) 972-6130 | |
| Tanya Daley-Torres | 2676 Worden Street, Unit 64 San Diego, CA 92110; (619) 474-4442 | Defendants do not intend to call |
| Annie Brady (Defendant dismissed by plaintiff) | 622 Bush Lane San Marcos, CA 92069; (858) 414-7434 | Defendants intend to call |
| Officer Adam DeWoody | May be contacted through defense counsel | Defendants intend to call if needed |
| Sgt. Pat Hall | May be contacted through defense counsel | Defendants intend to call |
| Officer Addison Reeves | May be contacted through defense counsel | Defendants intend to call if needed |
| Officer Darius Jamsetjee | May be contacted through defense counsel | Defendants intend to call if needed |
| Detective Jeffrey Wuehler | May be contacted through defense counsel | Defendants intend to call |
| Sgt. Rozsa | May be contacted through defense counsel | Defendants intend to call if needed |
| Officer Matthew Koerber | May be contacted through defense counsel | Defendants intend to call if needed |
| Captain Matthew Moe, Jabe Harpole, Zachary Richardson, Alexander Uribe, - SDFD Firefighters Paramedics/EMTs Units T20, M20, M11 | Station 10 - 3305 Kemper Street San Diego, CA; Station 11 - 945 25th St, San Diego, CA 92102 | Defendants intend to call if needed |
| American Medical Response Personnel, Paramedics/EMTs | 8808 Balboa Ave Suite 150, San Diego, CA 92123; (858) 492-3540 | Defendants intend to call if needed |

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

| Name | Address | |
|---|---|---|
| Emergency Room/treating medical personnel at UCSD Medical Center | 200 W. Arbor Drive San Diego, CA 92103; (858) 657-7000 | Defendants intend to call if needed |
| Emergency Room/treating medical personnel at Scripps Mercy Hospital | 4077 Fifth Ave, San Diego, CA 92103; (619) 294-8111 | Defendants intend to call if needed |
| Treating medical personnel at Jacobs Medical Center | 4075 54th St, San Diego, CA 92105; (619) 582-5168 | Defendants intend to call if needed |
| Brian Belnap, D.O., Defense medical expert | May be contacted through defense counsel | Defendants intend to call |
| Holly Allman, DNP RN, Defense LCP | May be contacted through defense counsel | Defendants intend to call |
| Paul Cappitelli, Defense Police Practices expert | May be contacted through defense counsel | Defendants intend to call |
| Stephen Blewett, P.E., Defense Accident Reconstructionist | May be contacted through defense counsel | Defendants intend to call |
| Erik Lapporte, Defense Video/audio expert | May be contacted through defense counsel | Defendants intend to call |
| David Weiner, MBA, AM, Defense Economist | May be contacted through defense counsel | Defendants intend to call |

Defendants incorporate by reference and reserve the right to call witnesses identified and disclosed by Plaintiff, including Plaintiff's experts, and witnesses disclosed in records produced by Plaintiff or records produced by subpoena/medical authorization from non-parties in discovery.

(ii) Defendants do not current intend to present trial witness testimony by deposition, however Defendants reserve the right to amend and supplement this response if the need arises.

(iii)   Except for witnesses and evidence that may be presented for impeachment, Defendant lists the Bates stamped documents and expert materials previously disclosed and produced in discovery and/or as part of Defendants required disclosures under Rule 26(a)(1) and (2) that Defendants intend to introduce at trial.

| ITEM/BATES NOS. | |
|---|---|
| DEF 0001-0008 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0009-0010 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0011 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0012-0025 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0026-0027 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0028-0035 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0036 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0037-0038 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0039-0040 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0041-0042 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0043-0049 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0050-0069 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0070-0119 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0120 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0121-0123 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0124-0125 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0126 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0127 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0128 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0129 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0130 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0131 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0132 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0133 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0134 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0135 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0136 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0137 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0138 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0139 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0140 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0141 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0142 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0143 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0144 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0145 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0146 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0147 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0148 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0149 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0150 | Produced in Disclosures/ Discovery - Confidential |

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

| ITEM/BATES NOS. | |
|---|---|
| DEF 0151 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0152 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0153 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0154 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0155 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0156 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0157 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0158 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0159 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0160 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0161 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0162 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0163 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0164 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0165 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0166 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0167 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0168 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0169 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0170 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0171 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0172 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0173 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0174 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0175 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0176 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0177 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0178 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0179 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0180 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0181 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0182 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0183 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0184 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0185 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0186 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0187 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0188 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0189 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0190 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0191 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0192 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0193 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0194 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0195 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0196 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0197 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0198 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0199 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0200 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0201 | Produced in Disclosures/ Discovery - Confidential |

| ITEM/BATES NOS. | |
|---|---|
| DEF 0202 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0203 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0204 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0205 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0206 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0207 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0208 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0209 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0210 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0211 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0212 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0213 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0214 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0215 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0216 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0217 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0218 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0219 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0220 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0221 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0222 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0223 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0224 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0225 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0226 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0227 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0228 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0229 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0230 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0231 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0232 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0233 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0234 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0235 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0236 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0237 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0238 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0239 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0240 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0241 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0242 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0243 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0244 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0245 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0246 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0247 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0248 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0249 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0250 | Produced in Disclosures/ Discovery - Confidential |
| DEF 0251-0571 | Produced in Disclosures/ Discovery - Confidential |

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

| ITEM/BATES NOS. | |
|---|---|
| DEF 0572-0759 | Produced in Disclosures/ Discovery - Confidential |
| Plaintiff's Medical Records/Billing | Produced by Plaintiff's/Subpoenaed records |
| Expert Files/Reports | Defendants' Experts |
| Expert Files/Reports | Plaintiff's Experts |

Defendants incorporate by reference and reserve the right to present evidence identified and disclosed by Plaintiff, including Plaintiff's experts, and witnesses disclosed in records produced by Plaintiff or records produced by subpoena/medical authorization from non-parties in discovery.

DATED: June 26, 2023          HURRELL CANTRALL LLP


By:     */s/ Joseph K. Miller*
THOMAS C. HURRELL
LISA Y. AN
JOSEPH K. MILLER
Attorneys for Defendants MATTHEW LORENZEN, and CITY OF SAN DIEGO

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

DEFENDANTS' RULE 26a(3) PRETRIAL DISCLOSURES