Alvin L. Pittman, SBN 127009
LAW OFFICES OF ALVIN L. PITTMAN
5777 W. Century Blvd., Suite 1685
Los Angeles, CA 90045
T. (310) 337-3077
office@apittman-law.com

Tanisha Bostick, SBN 312346
BOSTICK LEGAL, APC
1230 Columbia Street, Suite 900
San Diego, California 92101
(619) 255-7444
tanisha@bosticklegal.com

Douglas A. Oden, SBN 80482
ODEN & GREENE
820 W. "G" Street, Suite 161
San Diego, CA 92101
(619) 702-0800 F. (619) 702-0809
dodenesq@ogtlaw.com

Attorneys for Plaintiff
Deovante L. Guy, by and through
Guardian Ad Litem for Deovante Guy,
Quintasia Walker,

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOVANTE L. GUY, BY AND THROUGH GUARDIAN AD LITEM FOR DEOVANTE GUY, QUINTASIA WALKER<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW LORENZEN, An Individual; THE CITY OF SAN DIEGO, A governmental entity; and DOES 4-50<br><br>Defendants. | Case No.: 3:20-CV-02027-BAS-BLM<br><br>**PLAINTIFF'S PROPOSED SPECIAL VERDICT**<br><br>[Assigned to Judge Cynthia Bashant, Courtroom "12B"]<br><br>Trial Date: September 26, 2023 |

1

Plaintiff Deovante Guy submits the following proposed Special Verdict form.

DATED: August 28, 2023          LAW OFFICES OF ALVIN L. PITTMAN

                                By:   */s/ Alvin L. Pittman*
                                      ALVIN L. PITTMAN, Esq.
                                      Attorneys for Plaintiff, Deovante L.
                                      Guy, by and through Guardian Ad
                                      Litem, Quintasia Walker

DATED: August 28, 2023          BOSTICK LEGAL, APC

                                By:   */s/ Tanisha Bostick*
                                      Tanisha Bostick, Esq.
                                      Attorneys for Plaintiff, Deovante L.
                                      Guy, by and through Guardian Ad
                                      Litem, Quintasia Walker

DATED: August 28, 2023          ODEN & GREENE

                                By:   */s/ Douglas A. Oden*
                                      Douglas A. Oden, Esq.
                                      Attorneys for Plaintiff, Deovante L.
                                      Guy, by and through Guardian Ad
                                      Litem, Quintasia Walker

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOVANTE L. GUY, BY AND THROUGH GUARDIAN AD LITEM FOR DEOVANTE GUY, QUINTASIA WALKER<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW LORENZEN, An Individual; THE CITY OF SAN DIEGO, A governmental entity,<br><br>Defendants. | Case No.:  3:20-CV-02027-BAS-BLM<br><br><br>**SPECIAL VERDICT FORM** |

**A.  Unreasonable Seizure of Person - Excessive Force**

1.  Did Defendant Matthew Lorenzen, under the totality of the circumstances, use excessive force against plaintiff Deovante Guy?

Yes _____                                              No _____

*If your answer to Question 1 is yes, please answer question 2.  If your answer to Question 1 is no, please proceed to question 3.*

2.  Did Defendant Matthew Lorenzen's use of excessive force cause harm to Plaintiff Deovante Guy?

Yes _____                                              No _____

*Please answer Question 3.*

**B.  State Created Danger**

3.  Did defendant Matthew Lorenzen commit an affirmative act that placed the plaintiff Deovante Guy in a position of an actual, particularized danger by exposing the plaintiff to a danger that he would not otherwise have faced?

Yes _____                                              No _____

*If your answer to Question 3 is yes, please answer Question 4.  If your answer to Question 3 is no, please proceed to Question 5.*

4.  Did defendant Matthew Lorenzen act with deliberate indifference to a known or obvious danger?

Yes _____                                              No _____

*If your answer to Question 4 is yes, please answer Question 5.  If your answer to Question 4 is no, please proceed to Question 6.*

5. Did Defendant Matthew Lorenzen's affirmative act cause injury to plaintiff Deovante Guy that was foreseeable?

    Yes _____                  No _____

*Please answer Question 6.*

### C. Negligence

6. Was defendant Matthew Lorenzen negligent?

Yes _____                  No _____

*If your answer to Question 6 is yes, please answer question 7.  If your answer to Question 6 is no, please proceed to Question 8.*

7. Was Defendant Matthew Lorenzen's negligence a substantial factor in causing harm to Plaintiff Deovante Guy?

Yes _____                  No _____

*Please answer Question 8.*

### D. Battery by a Police Officer

8. Did Defendant Matthew Lorenzen intentionally touch Plaintiff Deovante Guy?

Yes _____                  No _____

*If your answer to Question 8 is yes, please answer question 9.  If your answer to Question 8 is no, please proceed to Question 12.*

9. Did Defendant Matthew Lorenzen use unreasonable force in detaining Plaintiff Deovante Guy?

Yes _____    No _____

*If your answer to Question 9 is yes, please answer question 10.  If your answer to Question 9 is no, please proceed to Question 12.*

10. Did Plaintiff Deovante Guy consent to that use of force?

Yes _____    No _____

*If your answer to Question 10 is no, please answer question 11.  If your answer to Question 10 is yes, please proceed to Question 12.*

11. Was Defendant Matthew Lorenzen's use of unreasonable force a substantial factor in causing harm to Plaintiff Deovante Guy?

Yes _____    No _____

*If your answer to Question 2, 5,  7, OR 11 is yes, please answer question 12.*

.

E. **Damages.**

**12. What are Plaintiff Deovante Guy's damages?**

**a.** Past noneconomic loss, including physical pain and mental suffering:

$_____

**b.** Future noneconomic loss, including physical pain and mental suffering:

$_____

**c.** Past economic loss, including medical expenses:

$_____

**d.** Future economic loss, including future medical expenses:

$_____

Please have the Presiding Juror sign and date this form.

DATED: _____          _____
                                                                    PRESIDING JUROR

After the verdict form is completed and signed, please deliver to the court officer.

7
3:20-cv-02027-BAS

Certificate of Electronic Service

    I hereby certify that on this 28th day of August 2023, I electronically filed a true and correct copy of the PLAINTIFF'S PROPOSED SPECIAL VERDICT with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of electronic filing to the attorneys for all parties who are registered with the Court.

    /s/ Alvin L. Pittman
    By: Alvin L. Pittman
    Attorney for Plaintiff
    E-mail: office@apittman-law.com