Alvin L. Pittman, SBN 127009
LAW OFFICES OF ALVIN L. PITTMAN
5777 W. Century Blvd., Suite 1685
Los Angeles, CA 90045
T. (310) 337-3077
office@apittman-law.com

Tanisha Bostick, SBN 312346
BOSTICK LEGAL, APC
1230 Columbia Street, Suite 900
San Diego, California 92101
(619) 255-7444
tanisha@bosticklegal.com

Douglas A. Oden, SBN 80482
ODEN & GREENE
820 W. "G" Street, Suite 161
San Diego, CA 92101
(619) 702-0800 F. (619) 702-0809
dodenesq@ogtlaw.com

Attorneys for Plaintiff
Deovante L. Guy, by and through
Guardian Ad Litem for Deovante Guy,
Quintasia Walker,

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOVANTE L. GUY, BY AND THROUGH GUARDIAN AD LITEM FOR DEOVANTE GUY, QUINTASIA WALKER<br><br>                    Plaintiff,<br><br>v.<br><br>MATTHEW LORENZEN, An Individual; THE CITY OF SAN DIEGO, A governmental entity; and DOES 4-50<br><br>                    Defendants. | Case No.: 3:20-CV-02027-BAS-BLM<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**<br><br>[Assigned to Judge Cynthia Bashant, Courtroom "12B"]<br><br><br>Trial Date: September 26, 2023 |

1

Plaintiff Deovante Guy submits the following proposed Voir Dire questions:

1.      The Plaintiff in this case is an African American who, at the time of the incident that gives rise to this case was 30 years old. The Defendants are the City of San Diego and Officer Lorenzen, an officer of the San Diego Police Department at the time of the incident giving rise to this case. With just that said, raise your hand if, at this point, you are in favor of the Defendants. Now, raise your hand if, at this point, you are in favor of the Plaintiff.

2.      Ladies and Gentlemen, the goal here is to select a fair and impartial jury; one that will not favor either side, but will honestly listen to and consider all of the evidence that is presented and the instructions that I (the Comi) will give you, before making a decision in favor of anyone in this case.

I think it is fair to say that both sides, the Plaintiff and the Defendants in this case want to win. So, in truth, both sides probably want a jury that will favor their position. However, the success of our jury system heavily depends on your fairness and impartiality, not taking sides prematurely, but unbiasedly listening to and following the evidence that come in, then following my instructions with respect to that evidence and your role as jurors, before making any decisions about the outcome of the case. Is there anyone who will not be able to do that? If you will not be able to do that, raise your hand.

3.      Now all persons who come to testify in this case will take an oath "to tell the truth", but not all witnesses tell the truth. Let me see by raised hands those who see themselves as the type of person who can listen to testimony and sniff out the truth?

4.      Some people tend to bond with people wearing uniforms like priests with their collars and crosses, or military and police officers in uniforms, raise your hand if you are a person who tends to bond with a person wearing a uniform.

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

5.      For those whose hands are raised, would you say that you tend to be more likely to believe the word of a person in uniform who speaks on a topic, over the word of a person not in uniform who speaks on the same topic?

A.      What about the rest of you, do any of you feel that you are more likely to believe what a person in uniform says?

6.      Raise your hand if the Uniform make you think that the person wearing it is more credible than one who is not a uniform wearing priest, military officer, police officer and the like?

7.      Now, some of the witnesses in this case will be Police Officers wearing their Uniforms and displaying their badges. Are each of you able to promise to me that you will not assign them credibility because of their uniforms or positions, but that you will treat them the same as you treat all other witnesses? If you will not be able to see past the uniform and treat police officers the same way that you treat other witnesses, raise your hand please.

8.      Raise your hand if you come to this role as jurors believing that the badge gives the police the right to take whatever actions they choose.

9.      Police take an oath "to protect and serve", is there anyone here who believes that the duty "to protect and serve" does not apply to persons who commit, or are suspected of committing, crimes? If it is your view that the police have no duty to "protect" persons who commit, or are suspected of committing crimes, please raise your hands.

10.     Is there anyone here who did not follow the "I Can't Breathe" news story involving George Floyd, who died after being taken down in the street by police who place their knees in his back to effect an arrest? If you know nothing about this news story, please raise your hand.

11.     Of those who followed this story, raise your hand if you believe that the police had the right to treat Mr. Floyd the way that they did?

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

A.     Raise your if you were opposed to the Family of George Floyd receiving money?

12.     Raise your hand if there are any groups, races or categories of people you just don't like.

13.     Has anyone on the panel suffered a serious injury?

14.     Has anyone ever been hospitalized due to an injury for a month or longer?

15.     Has anyone on the jury ever been in a coma?

16.     Has anyone on the jury ever had to endure multiple surgeries?

17.     In personal injury cases such as this one, the law provides that a remedy for someone who is injured due to the negligence of another is entitled to money damages. Does anyone have a problem with that concept?

18.     Does anyone feel that it is unfair for Mr. Guy to ask that the City of San Diego and/or Mr. Lorenzen to compensate him for his injuries, medical bills, pain and suffering if he can prove that they were responsible for it?

19.     Has anyone on the panel experienced what they would consider major pain? How long did that pain last?

20.     Have you ever been asked to compensate another person for their pain?

21.     Has anyone had constant pain that lasts more than a month 2 months, 3 months?

22.          Bias: Does anyone of the jury believe they are not biased? Raise your hand if you believe that your bias would prevent you from judging this matter fairly.

23. Does anyone on the panel know of someone who was seriously injured in some type of accident? What were the nature and extent of those injuries if you know. Did they have pain for a long time?

24.     Has anyone on the panel ever suffered a traumatic brain injury or know of someone who has suffered a traumatic brain injury? Does anyone believe that a person who suffered serious injuries that resulted in hospitalization should just suck it up and live with the pain and not seek damages against the person they feel was responsible for their injuries?

25.     Mr. Guy has the burden of proof in this trial. To find the City of San Diego or Mr. Lorenzen liable we must prove each cause of action by a preponderance of the evidence. Do you feel that this is a fair standard?

26.     In this case, it is anticipated that we will be seeking a substantial award for pain & suffering and for other items of damages. Is there anyone who could not award a large amount of money if it was warranted by the evidence?

28.     Is there anyone who believes that there are just too many lawsuits?

29.     Would you have a problem awarding millions of dollars for pain and suffering to a person you consider poor?

30.     Should there be a difference in the amount of money you award a party to a lawsuit for pain and suffering based on their economic status?

31.     Does anyone on the panel have a problem awarding damages against a public entity such as a city? Would you be reluctant to award damages against a City thinking that it may effect your pocket book?

32.     Should the race of a party to a lawsuit factor into how much money you would award that individual?

33.     If the evidence justified an award over 50 million dollars, is there anyone who could simply not award that amount to an individual?

34.     If you considered yourself pro law enforcement, could you award substantial damages against a police officer if the evidence warranted it?

35.     Raise your hand if you or anyone close to you has ever suffered severe disabling and permanent physical injuries.

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

36.     Raise your hand if someone close to you has physical and or mental injuries that forces them to require care and assistance around the clock.

37.     Raise your hand if you know someone in that condition (requiring around-the-clock care and assistance).

38.     Raise your hand if you have any idea of the high cost of providing around-the-clock care and assistance for a person unable to take care of themselves.

39.     Raise your hand if you have any type of professional medical training

40.     In this case, while it is anticipated that you will get to briefly meet Mr. Guy, his injuries and medical condition will not permit him to be here in court with us as the trial progresses. Raise your hand if you understand this situation and hold Mr. Guy's absence from the courtroom against him under the circumstances.

41.     If any of you feel that you will view Mr. Guy's absence from the courtroom as disinterest by him, please raise your hand.

42.     Have any of you ever had an unpleasant experience with a police officer?

43.     Do you all agree that police officers have a lot of power and authority? Yes?

44.     Police officers are outfitted with authority, uniforms, badges, guns and cars to assist them in their efforts to enforce the law. Raise your hand if you believe that Police Officers have a duty and responsibility follow the rules that regulate them in their role as Police Officers.

45.     Raise your hand if you believe that in the exercise of the authority given to Police Officers, they are required to act reasonably and to use good and sound judgment?

46.     I told you that the Plaintiff, Mr. Guy, is African American, raise your hand if this fact will impact your ability to judge this case.

A.     Raise your hand if you feel that your judgment of this case would be different if Mr. Guy were a different race.

49     Raise your hand if you have a perfect Family where everyone is well educated, successful and no member has ever been in trouble with the law?

50.     Raise your hand if you ever felt that you, a family member or someone very close to you seemed to be temporarily unsettled or lost, and searching aimlessly.

51.     Do any of you know anyone who is or was homeless at some point in life?

52.     How do you feel about people who are homeless?

53.     Raise your hand if you are one who believes that if people are homeless, they must be:

A.     on drugs?

B.     Crazy or mentally challenged?

C.     Down on their luck?

D.     homeless by choice?

54.     Are any of you familiar with situations where, in your assessment, a person from what you think is a good family seems to have gotten off track?

55.     Raise your hand if you or a member of your close family has ever been arrested by the police.

Who was arrested; You or a family member? What was the nature of the arrest, if you know? What resulted?

54.     Is there anyone who believes that if a person commits a crime he loses all benefits and protections of our law?

55.     Raise your hand if a law enforcement officer is a member of your family or a close friend.

8

56.     Raise your hand if some law enforcement organization is on your charitable giving list.

57.     Raise your hand if you have had pleasant interactions with law enforcement.

58.     Raise your hand if you have had a bad or unpleasant interaction with law enforcement.

59.     Raise your hand if you have never seen a situation involving police interactions with suspects wherein you felt the police did something wrong.

60.     In this case, Mr. Guy will be seeking monetary damages. Please raise your hand if you are opposed to awarding money damages to individuals because of the actions of law enforcement officers.

65.     Raise your hand if you have in your mind a pre-set amount of money that you would be willing to award a party if you are selected as a juror and were to find in favor of the Mr. Guy.

66.      Raise your hand if you think that $50 Million is too much money to award a person.

67.      If you raised your hand, what amount is your limit, $40 Million; $30 Million; what amount?

68.      Raise your hand if the fact that the Plaintiff, Mr. Guy, is seeking money damages in excess of $40 Million turns you against him.

69.     Raise your hand if you understand that in our system, money damages is our way of making a person whole for the injuries caused by another person.

70.     Think for a moment of team sports, how many of you are familiar with 2 Captains selecting players to be on their team?

Now, Look out to where the Parties are seated right now: The Plaintiff is seated at the table closest to you and the Defendant is seated at the table farthest

away. If the trial were to start right now, with no evidence having been presented, raise your hand if it your view that: _

The Defendants should select me for their team? Why?

71.     Raise your hand if you are sitting there feeling that if the trial started right now, one of the Parties would not be happy to have you as a juror.

72.     Raise your hands if you have some understanding of why cities' police departments have undertaken tremendous expense to outfit their Police Officers with Body Cameras.

73.     Raise your hand if you can tell me some of the benefits of having Police Officers wearing body cameras.

74.     Raise your hand if you have worked in a job where you were required to follow the employer's rules.

75.     Raise your hand if were ever a supervisor or manager or held some other position that required you to make certain that employees followed work rules.

76.     By nature, everyone tends to have likes and dislikes, whether it be foods, cars, people, professions, liars, etc.  Take a look at Plaintiffs table and raise your hand if you see anything or person there that you don't like.

77.     Do the same for the Defendants' table and raise your hand if you see anything or person there that you don't like.

78.     The balanced scale is used in our system of justice to symbolize a weighing of the evidence. Raise your hand if you are familiar with a balanced scale.

79.     Now if we start the trial right now, raise your hand if you would be causing the scale to lean in favor of (or against) one of the Parties.

80.     Raise your hand if you are familiar with a selfie stick you use to help take pictures with a cell phone?

DATED:  September 19, 2023          LAW OFFICES OF ALVIN L. PITTMAN

                                   By:   */s/ Alvin L. Pittman*
                                         ALVIN L. PITTMAN, Esq.
                                         Attorneys for Plaintiff, Deovante L.
                                         Guy, by and through Guardian Ad
                                         Litem, Quintasia Walker

DATED: September 19, 2023          BOSTICK LEGAL, APC

                                   By:   */s/ Tanisha Bostick*
                                         Tanisha Bostick, Esq.
                                         Attorneys for Plaintiff, Deovante L.
                                         Guy, by and through Guardian Ad
                                         Litem, Quintasia Walker

DATED: September 19, 2023          ODEN & GREENE

                                   By:   */s/ Douglas A. Oden*
                                         Douglas A. Oden, Esq.
                                         Attorneys for Plaintiff, Deovante L.
                                         Guy, by and through Guardian Ad
                                         Litem, Quintasia Walker

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Certificate of Electronic Service

I hereby certify that on this 19th day of September 2023, I electronically filed a true and correct copy of the PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS  with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of electronic filing to the attorneys for all parties who are registered with the Court.

/s/ Alvin L. Pittman
By: Alvin L. Pittman
Attorney for Plaintiff
E-mail: office@apittman-law.com